UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE GARZON, ET AL.,

               Plaintiffs,       25-cv-05284 (JGK)

    - against -               ORDER

MELISSA AVILES-RAMOS, ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 12, 2025.

SO ORDERED.

Dated:    New York, New York
            September 1, 2025

                                                  John G. Koeltl
                                       United States District Judge