UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE GARZON, et al,

                      Plaintiff(s)

                      25 civ 5284 (JGK)

       -against-

MELISSA AVILES-RAMOS, et al.,
                      Defendant(s).
------------------------------------------------------------X

## ORDER

The parties shall submit a case management scheduling order by **October 6, 2025.**

The conference scheduled for September 24, 2025, at 12:00pm, is canceled.

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 15, 2025