**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSE GARZON, AS PARENT AND NATURAL
GUARDIAN OF M.G., ET AL.,

                              Plaintiff,

            -against-                                               25 **CIVIL** 5284 (JGK)

                                                                   **JUDGMENT**

MELISSA AVILES-RAMOS, ET AL.,

                              Defendants.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated June 5, 2026, the Court has

considered all of the parties' arguments. To the extent not specifically addressed, those

arguments are either moot or without merit. For the foregoing reasons, the plaintiffs' motion for

summary judgment is denied, and the defendants' cross-motion for summary judgment is

granted. Judgment is entered dismissing the complaint with prejudice; accordingly, the case is

closed.

**Dated:** New York, New York

          June 8, 2026

                                        **TAMMI M. HELLWIG**
                                   _____
                                        **Clerk of Court**


                              **BY:**          _K. mango_
                                   _____
                                        **Deputy Clerk**